UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YVETTE BRAMLEY and LISA A. LEWIS,

    Plaintiffs,

v.

LIPPERT COMPONENTS INC.,

    Defendant.

CAUSE NO. 3:23-CV-251 DRL

## ORDER

Plaintiffs Yvette Bramley and Lisa A. Lewis and defendant Lippert Components, Inc. filed a notice to dismiss the action in its entirety with prejudice under Rule 41(a)(1)(A)(ii) [34]. Rule 41(a)(1)(A)(ii) requires "a stipulation of dismissal signed by all parties who have appeared." This stipulation is a dismissal of all claims signed by all parties who have appeared and now dismisses the entire action. Accordingly, the court DISMISSES the case WITH PREJUDICE, with each party to bear their own costs and fees. This case is now terminated.

SO ORDERED.

February 13, 2024

*s/ Damon R. Leichty*
Judge, United States District Court